UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MICHAEL A. McCOY, <br><br> Plaintiff, <br><br> -v- <br><br> SHOPPERS FOOD WAREHOUSE, <br><br> Defendant. | Civil Action No. 02-CV-03946 (MJG) |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant, Shoppers Food Warehouse, by its undersigned counsel, hereby opposes Plaintiff's motion for summary judgment and, pursuant to Fed. R. Civ. P. 56, cross-moves for summary judgment on grounds that there is no dispute of material fact and Defendant is entitled to judgment as a matter of law. Accordingly, and as set forth more particularly in Defendant's supporting memorandum of points and authorities, which is submitted herewith and adopted and incorporated herein by reference, Defendant respectfully requests that the Court deny Plaintiff's motion for summary judgment and, instead, enter summary judgment in favor of Defendant.

Respectfully submitted,

/s/
Richard J. Magid, Bar No. 00029
Frank J. Mastro, Bar No. 24679
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700
*Attorneys for Defendant,*
*Shoppers Food Warehouse*

1483519