UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MICHAEL A. McCOY,

    Plaintiff,

-v-

SHOPPERS FOOD WAREHOUSE,

    Defendant.

Civil Action No. 02-CV-03946 (MJG)

## AFFIDAVIT OF ELLEN HAGIGH

I, Ellen Hagigh, am over the age of 18 and am competent to testify to the matters set forth in this Affidavit.

1. I am currently employed as a paralegal with the Law Firm of Whiteford, Taylor & Preston, LLP in Baltimore, Maryland.

2. At the request of counsel, I performed a computer search of the records of the District Court for Maryland in connection with case numbers 4E00034724-CR (Exhibit A), 4E00058846-CR (Exhibit B), and 3E00094328-CR (Exhibit C). I printed the results of my computer search for each of the three above-stated cases.

3. The documents attached as Exhibits A, B and C to Defendants Memorandum of Points and Authorities and Opposition to Plaintiff's Motion for Summary Judgment and in support of Defendant's Cross-Motion for Summary Judgment are true and correct. I printed copies of the electronic records, which I downloaded from publicly available records of the District Court of Maryland.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

_4-9-03_
DATE

_[signature]_
ELLEN HAGIGH

STATE OF MARYLAND )
) ss.
COUNTY OF HARFORD )

    Be it remembered that on the 9TH day of April, 2003, before me, the subscriber, a notary public within and for said County and State, personally appeared MIKE SHANNON, who is personally known to me and did take an oath and represented that he is duly authorized in the premises, and acknowledged that he signed the foregoing Affidavit.

    IN TESTIMONY WHEREOF, I hereto set my hand and official seal on the 9TH day of April, 2003.

*Deborah Dianne Howell*
Notary Public

Print Name: DEBORAH DIANNE HOWELL

My Commission Expires: 6/1/05

*1484366*