```
 APR  7, 2003          DISTRICT COURT OF MARYLAND               04/07/03
 MONDAY         CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY   DIST: 00

CASE: 4E00034724 CR  STATUS: P  CHG DATE: 96/03/15  CC:          DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093   DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A                 DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                          DISP: TRL 96/03/06   CNSL:         DEF:
     4515 30TH STREET                 TRIAL DATE:          TIME:
     MT.RAINIER        MD 207430000 ROOM:       TYPE:      DATE SET:
DPAY:        DUE:          FINAL:

 TYPE  DATE   BATCH   PREP DATE/ID C COMMENT

 WARI 951203          951203 Q5B   I 951203;ZP  16  ;I;ARR;
 SCHG 951203          951203 Q5B     A TO W
 WARS 951203          951203 Q58     951203
 SCHG 951203          951203 Q58     W TO A
 INIT 951203          951203 Q58   I 951203;00001000;HDOB;100;     ;5087
 ADDR 951203          951203 Q58     LKA 5720 EAGLE STREET
 ADDR 951203          951203 Q58     SEAT PLEASANT         MD207430000
 CMIT 951203          951203 Q58     DEFENDANT COMMITTED;951203;PGD
 KEYP 951205          951205 5BZ     BAIL REVIEW KEYPOINT 0:45:21   REEL 17032

 NEXT PAGE                     P/N                           PAGE 001
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY          CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY          DIST: 00

CASE: 4E00034724 CR   STATUS: P  CHG DATE: 96/03/15  CC:            DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093    DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A               DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                                DISP: TRL 96/03/06   CNSL:      DEF:
     4515 30TH STREET                       TRIAL DATE:         TIME:
     MT.RAINIER           MD 207430000  ROOM:      TYPE:     DATE SET:
DPAY:        DUE:         FINAL:

 TYPE   DATE   BATCH   PREP DATE/ID  C  COMMENT

 BALR 951205           951205 5BZ    I  951205;00001000;HDOB;100;      ;9J9
 CMIT 951205           951205 5BZ       DEFENDANT COMMITTED;951205;PGD;
 TCOM 951212           951212 QJH       DEFS NOTICE RETN
 TCOM 951212           951212 5TD       ENTER APP PD, MOTION DISC, REQ CHEMIST
 RELS 960119           960119 Q58       DEFENDANT RELEASED FROM COMMITMENT
 BOND 960122           960119 5LJ    I  960119;00001000;PROP;       ;22;100
 KEYP 960209           960209 QLT       TRIAL KEYPOINT 1;44;24     REEL 17227
 DFTA 960209           960209 QLT    I  FAILED TO APPEAR                ,JUDGE 9F4
 WARI 960209           960209 QLT       960209;ZP  SHER;I;FTA;

 NEXT PAGE                       P/N                              PAGE 002
```

```
 APR  7, 2003              DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY              CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY       DIST: 00

CASE: 4E00034724 CR   STATUS: P   CHG DATE: 96/03/15  CC:            DIST: 05 02
TRACKING NO: 95-1001-87578-4    LOCAL ID: X0253093      DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A                     DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                                      DISP: TRL 96/03/06   CNSL:      DEF:
       4515 30TH STREET                    TRIAL DATE:          TIME:
       MT.RAINIER           MD 207430000   ROOM:     TYPE:     DATE SET:
DPAY:         DUE:        FINAL:

  TYPE  DATE    BATCH   PREP DATE/ID C COMMENT

  SCHG 960209           960209 QLT     A TO W
  BSET 960209           960209 QLT     960209,00000000,BSET,100,HWOB,9F4
  WARS 960214           960214 Q51     960214
  SCHG 960214           960214 Q51     W TO A
  CMIT 960214           960214 Q51     DEFENDANT COMMITTED,960214,PGD
  BFDA 960214           960214 Q51     BF90,960209,00001000,PROP,       ,22,100
  KEYP 960215           960215 5JG     BAIL REVIEW KEYPOINT 0:40:46    REEL 17256
  BALR 960215           960215 5JG   I 960215,00000000,HWOB,100,      ,9H5
  COMM 960215           960215 5JG     SET DISPOSTION 2/16/96 0845 AM RM 261

 NEXT PAGE                          P/N                              PAGE 003
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                 04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY       DIST: 00

CASE: 4E00034724 CR  STATUS: P  CHG DATE: 96/03/15  CC:           DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093    DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A                DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                                 DISP: TRL 96/03/06    CNSL:      DEF:
       4515 30TH STREET                  TRIAL DATE:            TIME:
       MT.RAINIER          MD 207430000  ROOM:     TYPE:     DATE SET:
DPAY:         DUE:        FINAL:

 TYPE   DATE   BATCH   PREP DATE/ID C  COMMENT

 CMIT 960215           960215 5JG      DEFENDANT COMMITTED;960215;PGD;
 BALR 960229           960216 5CP    I 960216;00000000;HWOB,100;     ;9C9
 CMIT 960229           960216 5CP      DEFENDANT COMMITTED;960216;PGD
 TCOM 960229           960216 5CP      CASE CONTINUED FROM 02/16/96 AND RESET FOR
 TCOM 960229           960216 5CP      ...03/04/96; 1:15PM COURTROOM 2
 COMM 960223           960223 5CP      REC'D DEF LTR, REQ DISPO CT-*MOOT-CS
 COMM 960223           960223 5CP      ...ALREADY SET FOR DISPO
 COMM 960229           960229 5CP      CASE SENT TO HYATTSVILLE TO PUT WITH
 COMM 960229           960229 5CP      ...DOCKET FOR 03/04/96

 NEXT PAGE                         P/N                              PAGE 004
```

```
 APR  7, 2003             DISTRICT COURT OF MARYLAND                04/07/03
 MONDAY             CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY   DIST: 00

CASE: 4E00034724 CR  STATUS: P  CHG DATE: 96/03/15  CC:         DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093    DOC: WAR ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A              DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                               DISP: TRL 96/03/06   CNSL:     DEF:
      4515 30TH STREET                 TRIAL DATE:           TIME:
      MT.RAINIER          MD 207430000 ROOM:     TYPE:     DATE SET:
DPAY:         DUE:         FINAL:

 TYPE  DATE   BATCH  PREP DATE/ID C COMMENT

 KEYP 960305         960305 QAL     BAIL REVIEW KEYPOINT 0:52:07    REEL 17327
 BALR 960305         960305 QAL   1 960305,00000000,HWOB,100,     ,9L9
 COMM 960315         960305 QWN     CONT TO 3/6/96 8:45AM 261B FOR DEF TO
 COMM 960315         960305 QWN     PLEAD GUILTY
 CMIT 960305         960305 QAL     DEFENDANT COMMITTED,960305,PGD,
 D001 960315         960306 QWN   1 001,G    ,         ,J,0100000,S,0006000,970306
 DTRL 960315         960306 QWN     TRIAL, ALL CHARGES DISPOSED  ,JUDGE 9L9
 SCHG 960315         960306 QWN     A TO T
 TCOM 960315         960306 QWN     1 YEARS SUSP ALL BUT 6 MOS.CREDIT 70 DAYS

 NEXT PAGE                         P/N                            PAGE 005
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY         DIST: 00

CASE: 4E00034724 CR  STATUS: P  CHG DATE: 96/03/15  CC:         DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093     DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A                DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: MI
ADDR:                                 DISP: TRL 96/03/06   CNSL:       DEF:
      4515 30TH STREET                   TRIAL DATE:            TIME:
      MT.RAINIER           MD 207430000  ROOM:       TYPE:     DATE SET:
DPAY:          DUE:        FINAL:

 TYPE   DATE   BATCH   PREP DATE/ID C  COMMENT

 TCOM 960315           960306 QWN      TIME SERVED,APPEAL BOND$5000,NOT TO BE
 TCOM 960315           960306 QWN      STAYED
 KEYP 960315           960306 QWN      D17330 KPNO.4037-4836
 TCOM 960307           960307 5CC      NOTICE OF APPEAL FLD BY PD/RECV'D AT COUNTR
 COMM 960307           960307 5CC      ......TO APPEAL CLERK
 COMM 960315           960307 5BB      NOTICE OF APPEAL FILED BY PD
 APPL 960315           960307 5BB   I  CASE APPEALED TO CIRCUIT COURT
 SCHG 960315           960307 5BB      T TO P


 NEXT PAGE                        P/N                              PAGE 006
```

```
 APR  7, 2003              DISTRICT COURT OF MARYLAND                   04/07/03
 MONDAY         CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY      DIST: 00

CASE: 4E00034724 CR   STATUS: P  CHG DATE: 96/03/15  CC:          DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093   DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A              DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                               DISP: TRL 96/03/06   CNSL:       DEF:
     4515 30TH STREET                  TRIAL DATE:            TIME:
     MT.RAINIER          MD 207430000  ROOM:     TYPE:      DATE SET:
DPAY:         DUE:         FINAL:

-------------- CHARGE --------------  --------------- DISPOSITION ----------------
001 THEFT:LESS $300 VALUE           PLEA: G    DISP: G    96/03/06   ACS:
    CJIS: 3 -2399 AR:               FINE:          SUSP FINE:
    AMENDED:          MO/PLL:       COST:      20  SUSP COST:       20
    CAUSE: X                        CICF:      30  SUSP CICF:       30
    VICTIM AGE:                     PBJ END:       PROB END: 97/03/06
    INCIDENT DATE:  / /   -         TERM: JAL 01/00/000  SUSP TERM: 00/06/000
                                    CREDIT TIME SERV: 0070    REST:



NEXT PAGE                       P/N                              PAGE 007
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                 04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY    DIST: 00

CASE: 4E00034724 CR  STATUS: P  CHG DATE: 96/03/15  CC:              DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093    DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A               DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                                DISP: TRL 96/03/06   CNSL:      DEF:
     4515 30TH STREET                   TRIAL DATE:           TIME:
     MT.RAINIER           MD 207430000  ROOM:      TYPE:     DATE SET:
DPAY:         DUE:         FINAL:

         CONN    NAME (OR AGENCY/SUB-AGY/OFCR)
          SUR    HAMILTON, S P                          01/22/96

                 5333 SHERIFF RD
                 FAIRMONT HEIGHTS       MD   207430000

         APD    LAMASNEY, MAUREEN                       12/12/95

                 COURTHOUSE, SUITE 272B
                 UPPER MARLBORO         MD   207720000


 NEXT PAGE                      P/N                              PAGE 008
```

```
 APR  7, 2003           DISTRICT COURT OF MARYLAND                   04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY     DIST: 00

CASE: 4E00034724 CR   STATUS: P  CHG DATE: 96/03/15  CC:             DIST: 05 02
TRACKING NO: 95-1001-87578-4   LOCAL ID: X0253093    DOC: WAR  ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A                  DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                                   DISP: TRL 96/03/06   CNSL:      DEF:
      4515 30TH STREET                       TRIAL DATE:          TIME:
      MT.RAINIER            MD 207430000 ROOM:      TYPE:     DATE SET:
DPAY:         DUE:       FINAL:

         CONN     NAME (OR AGENCY/SUB-AGY/OFCR)
          DEF     MCCOY, MICHAEL A                              12/03/95

                  4515 30TH STREET
                  MT.RAINIER              MD   207430000

          COM     SEGO, MICHAEL JOSEPH                          12/03/95

                  2441 CHILLUM ROAD
                  HYATTSVILLE             MD   207820000


 NEXT PAGE                        P/N                              PAGE 009
```

```
 APR  7, 2003              DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY              CRIMINAL SYSTEM ACCOUNTS RECEIVABLE DISPLAY          DIST: 00

CASE: 4E00034724 CR   STATUS: P   CHG DATE: 96/03/15   CC:            DIST: 05 02
TRACKING NO: 95-1001-87578-4    LOCAL ID: X0253093    DOC: WAR   ISSUED: 95/12/03
NAME: MCCOY, MICHAEL A                  DOB: 65/11/20 HT/WT: 510 175 SEX/RACE: M1
ADDR:                                   DISP: TRL 96/03/06    CNSL:      DEF:
      4515 30TH STREET                      TRIAL DATE:           TIME:
      MT.RAINIER           MD 207430000  ROOM:      TYPE:     DATE SET:

 ACCT    ACCT     AMT   DPAY    DPAY    FINAL      AMT     SUSP     CASH      AMT
 TYPE    DATE     PAID  TYPE    AMT     DATE       SUSP    DATE     CREDIT    DUE




                                        P/1                            PAGE 010
END OF DISPLAY
```