```
APR  7, 2003              DISTRICT COURT OF MARYLAND                   04/07/03
MONDAY            CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY        DIST: 00

CASE: 4E00058846 CR  STATUS: C  CHG DATE: 98/05/07  CC:         DIST: 05 02
TRACKING NO: 96-0001-31575-5   LOCAL ID: X0057979   DOC: SC  ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A            DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: M1
ADDR:                             DISP: TRL 97/01/14    CNSL: A    DEF:
      5720 EAGLE ST                     TRIAL DATE:           TIME:
      SEAT PLEASANT       MD 207430000  ROOM:     TYPE:       DATE SET:
DPAY:         DUE:        FINAL:

 TYPE   DATE   BATCH   PREP DATE/ID C COMMENT

 DOCI 961212          961212 Q58    I SC   ISSUED 961212
 INIT 961212          961212 Q58    I 961212;00001000;HDOB;100;    ;5088
 ADDR 961212          961212 Q58      5720 EAGLE ST
 ADDR 961212          961212 Q58      SEAT PLEASANT         MD207430000
 COMM 961212          961212 Q58      DEF. IS TO REMAIN OFF THE PROPERTY OF
 COMM 961212          961212 Q58      SHOPPERS FOOD WAREHOUSE.
 CMIT 961212          961212 Q58      DEFENDANT COMMITTED;961212;PGD
 BALR 961213          961213 QKL    I 961213;00015000;HDOB;100;    ;9H5
 COMM 961213          961213 QKL      DEF. IS TO REMAIN OFF THE PROPERTY OF

 NEXT PAGE                       P/N                              PAGE 001
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                   04/07/03
 MONDAY          CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY          DIST: 00

CASE: 4E0058846 CR  STATUS: C  CHG DATE: 98/05/07  CC:           DIST: 05 02
TRACKING NO: 96-0001-31575-5   LOCAL ID: X0057979   DOC: SC   ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A                DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: M1
ADDR:                                 DISP: TRL 97/01/14   CNSL: A   DEF:
     5720 EAGLE ST                    TRIAL DATE:              TIME:
     SEAT PLEASANT        MD 207430000  ROOM:     TYPE:     DATE SET:
DPAY:         DUE:       FINAL:

 TYPE   DATE   BATCH  PREP DATE/ID C  COMMENT

 COMM 961213          961213 QKL      SHOPPERS FOOD WAREHOUSE.
 CMIT 961213          961213 QKL      DEFENDANT COMMITTED;961213;PGD;
 KEYP 961213          961213 QKL      BAIL REVIEW KEYPOINT 0:56:33    REEL 271038
 TCOM 961224          961224 5CC      DEF SUMMONS RETND
 TCOM 961231          961231 QXD      REC'D LTR FROM DEF REQ DISPO COURT - LTR
 TCOM 961231          961231 QXD      .. AND CASE SENT TO JD KRATOVIL
 TCOM 970103          970102 QXD      REFER TO THE PD PER JD KRATOVIL - CASE
 TCOM 970103          970102 QXD      .. RETURNED TO THE PENDING FILE
 KEYP 970114          970114 QMG      TRIAL KEYPOINT 0:41:36    REEL 271138

 NEXT PAGE                       P/N                              PAGE 002
```

```
 APR  7, 2003              DISTRICT COURT OF MARYLAND                   04/07/03
 MONDAY            CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY        DIST: 00

CASE: 4E00058846 CR  STATUS: C  CHG DATE: 98/05/07  CC:         DIST: 05 02
TRACKING NO: 96-0001-31575-5   LOCAL ID: X0057979    DOC: SC   ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A              DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: M1
ADDR:                               DISP: TRL 97/01/14    CNSL: A    DEF:
      5720 EAGLE ST                   TRIAL DATE:              TIME:
      SEAT PLEASANT     MD 207430000  ROOM:      TYPE:     DATE SET:
DPAY:        DUE:        FINAL:

 TYPE   DATE    BATCH   PREP DATE/ID C COMMENT

 KEYP 970114            970114 QMG     TRIAL KEYPOINT 0:41:43    REEL 271138
 KEYP 970114            970114 QMG     TRIAL KEYPOINT 0:53:19    REEL 271138
 KEYP 970114            970114 QMG     TRIAL KEYPOINT 0:53:41    REEL 271138
 KEYP 970114            970114 QMG     TRIAL KEYPOINT 1:21:55    REEL 271138
 KEYP 970114            970114 QMG     TRIAL KEYPOINT 1:24:10    REEL 271138
 D001 970114            970114 QMG   I 001;G    ;    ;J;0000090;S;0000057;980114
 TCOM 970114            970114 QMG     DO NOT ENTER OR BE FOUND NEAR SHOPPER'S
 TCOM 970114            970114 QMG     FOOD WHAREHOUSE CHILLUM RD HYATTSVILLE,MD.
 TCOM 970114            970114 QMG     SENTENCE TO BE STAYED UPON APPEAL

 NEXT PAGE                         P/N                              PAGE 003
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                  04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY      DIST: 00

CASE: 4E00058846 CR  STATUS: C  CHG DATE: 98/05/07  CC:             DIST: 05 02
TRACKING NO: 96-0001-31575-5   LOCAL ID: X0057979    DOC: SC   ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A               DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: M1
ADDR:                                DISP: TRL 97/01/14    CNSL: A    DEF:
      5720 EAGLE ST                   TRIAL DATE:              TIME:
      SEAT PLEASANT       MD 207430000  ROOM:      TYPE:       DATE SET:
DPAY:          DUE:       FINAL:

 TYPE   DATE   BATCH   PREP DATE/ID C  COMMENT

 TCOM 970114           970114 QMG     BOND OF    $500.00 IS REQUIRED FOR APPEAL
 RELS 970114           970114 QMG     DEFENDANT RELEASED FROM COMMITMENT
 DTRL 970114           970114 QMG     TRIAL, ALL CHARGES DISPOSED  ,JUDGE 989
 SCHG 970114           970114 QMG     A TO T
 PROB 970114           970114 QMG     25;DO NOT ENTER OR BE FOUND NEAR
 PROB 970114           970114 QMG        SHOPPER'S FOOD WHAREHOUSE
 COMM 970127           970127 5CC     ........CASE TO GUILTY FILES
 SCHG 980507           980507 M003    T TO C


 NEXT PAGE                      P/N                            PAGE 004
```

```
 APR  7, 2003              DISTRICT COURT OF MARYLAND                  04/07/03
 MONDAY          CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY     DIST: 00

CASE: 4E00058846 CR  STATUS: C  CHG DATE: 98/05/07  CC:           DIST: 05 02
TRACKING NO: 96-0001-31575-5   LOCAL ID: X0057979    DOC: SC   ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A                DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: M1
ADDR:                                 DISP: TRL 97/01/14   CNSL: A    DEF:
     5720 EAGLE ST                    TRIAL DATE:              TIME:
     SEAT PLEASANT       MD 207430000  ROOM:     TYPE:     DATE SET:
DPAY:         DUE:          FINAL:

-------------- CHARGE -------------  --------------- DISPOSITION ---------------
001 TRESPASS:PRIVATE PROPERTY       PLEA: OP   DISP: G    97/01/14   ACS:
    CJIS: 2 -5707 AR: 000009605665  FINE:           SUSP FINE:
    AMENDED:           MO/PLL:      COST:     25    SUSP COST:      25
    CAUSE: X                        CICF:     30    SUSP CICF:      30
    VICTIM AGE:                     PBJ END:        PROB END: 98/01/14
    INCIDENT DATE:   /  /  -        TERM: JAL 00/00/090  SUSP TERM: 00/00/057
                                    CREDIT TIME SERV: 0033     REST:



 NEXT PAGE                       P/N                              PAGE 005
```

```
 APR  7, 2003         DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY          CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY     DIST: 00

CASE: 4E0058846 CR  STATUS: C  CHG DATE: 98/05/07  CC:           DIST: 05 02
TRACKING NO: 96-0001-31575-5   LOCAL ID: X0057979    DOC: SC   ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A                 DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: MI
ADDR:                                  DISP: TRL 97/01/14   CNSL: A   DEF:
      5720 EAGLE ST                    TRIAL DATE:              TIME:
      SEAT PLEASANT       MD 207430000  ROOM:      TYPE:     DATE SET:
DPAY:        DUE:          FINAL:

        CONN    NAME (OR AGENCY/SUB-AGY/OFCR)
         CPO    DA   DIS2 1207                          12/12/96

                BINDER, J
                PR.GEO. COUNTY-DISTR

         WIS    HOLMAN, JOSEPH                          12/19/96

                2441 CHILLUM RD.
                HYATTSVILLE            MD   207820000


NEXT PAGE                       P/N                            PAGE 006
```

```
 APR  7, 2003             DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY        DIST: 00

CASE: 4E0058846 CR   STATUS: C   CHG DATE: 98/05/07   CC:           DIST: 05 02
TRACKING NO: 96-0001-31575-5    LOCAL ID: X0057979    DOC: SC    ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A                  DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: M1
ADDR:                                   DISP: TRL 97/01/14   CNSL: A    DEF:
       5720 EAGLE ST                     TRIAL DATE:             TIME:
       SEAT PLEASANT       MD 207430000  ROOM:      TYPE:     DATE SET:
DPAY:        DUE:         FINAL:

          CONN    NAME (OR AGENCY/SUB-AGY/OFCR)
           DEF    MCCOY, MICHAEL A                           12/12/96

                 5720 EAGLE ST
                 SEAT PLEASANT           MD    207430000




NEXT PAGE                     P/N                              PAGE 007
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                   04/07/03
 MONDAY              CRIMINAL SYSTEM ACCOUNTS RECEIVABLE DISPLAY       DIST: 00

CASE: 4E0058846 CR  STATUS: C  CHG DATE: 98/05/07  CC:             DIST: 05 02
TRACKING NO: 96-0001-31575-5   LOCAL ID: X0057979    DOC: SC   ISSUED: 96/12/12
NAME: MCCOY, MICHAEL A                 DOB: 65/11/20 HT/WT: 509 180 SEX/RACE: M1
ADDR:                                  DISP: TRL 97/01/14   CNSL: A   DEF:
      5720 EAGLE ST                    TRIAL DATE:              TIME:
      SEAT PLEASANT       MD 207430000  ROOM:       TYPE:    DATE SET:

ACCT    ACCT    AMT    DPAY    DPAY    FINAL    AMT    SUSP    CASH     AMT
TYPE    DATE    PAID   TYPE    AMT     DATE     SUSP   DATE    CREDIT   DUE
```

                                          P/I                              PAGE 008
END OF DISPLAY