```
 APR  7, 2003          DISTRICT COURT OF MARYLAND              04/07/03
 MONDAY         CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY   DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:         DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830   DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A              DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: MI
ADDR:                          DISP: TRL 98/07/02   CNSL: A    DEF:
     5720 EAGLE STREET            TRIAL DATE:            TIME:
     SEAT PLEASANT    MD 207430000 ROOM:     TYPE:    DATE SET:
DPAY:       DUE:        FINAL:

 TYPE  DATE   BATCH    PREP DATE/ID C COMMENT

 WARI 980403           980403 Q55   I 980403;ZP  16  ;2;ARR;
 SCHG 980403           980403 Q55     A TO W
 WARS 980513           980513 Q51     980513
 SCHG 980513           980513 Q51     W TO A
 INIT 980513           980513 Q51   I 980513;00015000;HDOB;100;   ;5064
 TRAN 980513           980513 Q51   I FROM:05-01 TO:05-02
 ADDR 980513           980513 Q51     LKA
 ADDR 980513           980513 Q51     5720 EAGLE STREET
 ADDR 980513           980513 Q51     SEAT PLEASANT       MD207450000

 NEXT PAGE                       P/N                          PAGE 001
```

```
                                                                          APR  7, 200
  MONDAY            CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY      DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:              DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A                DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: M1
ADDR:                                 DISP: TRL 98/07/02   CNSL: A   DEF:
      5720 EAGLE STREET                   TRIAL DATE:            TIME:
      SEAT PLEASANT       MD 207430000  ROOM:      TYPE:     DATE SET:
DPAY:          DUE:         FINAL:

  TYPE  DATE   BATCH  PREP DATE/ID C COMMENT

  CMIT 980513         980513 Q51     DEFENDANT COMMITTED;980513;PGD
  KEYP 980514         980514 5CJ     BAIL REVIEW KEYPOINT 0:19:40   REEL 244965
  BALR 980514         980514 5CJ   I 980514;00015000;HDOB;100;     ;9L3
  CMIT 980514         980514 5CJ     DEFENDANT COMMITTED;980514;PGD;
  TCOM 980521         980521 5CC     DEF SUMMONS RETND
  TCOM 980529         980529 5HB     PD APP ENTERED/MTN FOR DISC/DEM CHEM
  KEYP 980702         980702 5JG     TRIAL KEYPOINT 0:10:46   REEL 244639
  KEYP 980702         980702 5JG     TRIAL KEYPOINT 0:10:58   REEL 244639
  KEYP 980702         980702 5JG     TRIAL KEYPOINT 0:27:28   REEL 244639

  NEXT PAGE                     P/N                          PAGE 002
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                   04/07/03
 MONDAY             CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY     DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:           DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A                DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: M1
ADDR:                                 DISP: TRL 98/07/02   CNSL: A   DEF:
     5720 EAGLE STREET                      TRIAL DATE:          TIME:
     SEAT PLEASANT        MD 207430000 ROOM:      TYPE:     DATE SET:
DPAY:        DUE:         FINAL:

 TYPE   DATE    BATCH   PREP DATE/ID C COMMENT

 KEYP 980702           980702 5JG      TRIAL KEYPOINT 0:28:58    REEL 244639
 KEYP 980702           980702 5JG      TRIAL KEYPOINT 0:30:35    REEL 244639
 D001 980702           980702 5JG    I 001;G      ;     ,J;0000090;S;0000040;990702
 RELS 980702           980702 5JG      DEFENDANT RELEASED FROM COMMITMENT
 DTRL 980702           980702 5JG      TRIAL, ALL CHARGES DISPOSED  ,JUDGE 9E3
 SCHG 980702           980702 5JG      A TO T
 PROB 980702           980702 5JG      01;REPORT AS DIRECTED
 PROB 980702           980702 5JG      2W;PAY P&P SUPERVISION FEE OF $25 - WAIVED
 PROB 980702           980702 5JG      03;WORK OR ATTEND SCHOOL REGULARLY

 NEXT PAGE                         P/N                              PAGE 003
```

```
                                                                              APR  7, 200
  MONDAY           CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY       DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:            DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A               DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: M1
ADDR:                                DISP: TRL 98/07/02   CNSL: A   DEF:
     5720 EAGLE STREET                  TRIAL DATE:            TIME:
     SEAT PLEASANT        MD 207430000  ROOM:     TYPE:      DATE SET:
DPAY:       DUE:        FINAL:

 TYPE   DATE   BATCH   PREP DATE/ID C COMMENT

 PROB 980702           980702 5JG     04;GET PERMISSION TO MOVE, LEAVE STATE ETC
 PROB 980702           980702 5JG     05;OBEY ALL LAWS; NO SERIOUS MV VIOLATIONS
 PROB 980702           980702 5JG     06;NOTIFY SUPERVISOR IF CHARGED W/OFFENSE
 PROB 980702           980702 5JG     07;PERMIT SUPERVISOR TO VISIT HOME
 PROB 980702           980702 5JG     08;DO NOT ILLEGALLY POSSESS/SELL CDS ETC.
 PROB 980702           980702 5JG     09;APPEAR IN COURT WHEN NOTIFIED
 PROB 980702           980702 5JG     25;DO NOT ENTER OR BE FOUND NEAR
 PROB 980702           980702 5JG        ANY SHOPPERS FOOD WAREHOUSE
 PROB 980702           980702 5JG     32;NO FUTHER CRIMINA CHARGES AND

 NEXT PAGE                      P/N                            PAGE 004
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY EVENT HISTORY DISPLAY         DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:           DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A                DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: M1
ADDR:                                 DISP: TRL 98/07/02   CNSL: A   DEF:
      5720 EAGLE STREET                       TRIAL DATE:           TIME:
      SEAT PLEASANT          MD 207430000  ROOM:      TYPE:      DATE SET:
DPAY:         DUE:         FINAL:

 TYPE   DATE   BATCH    PREP DATE/ID C COMMENT

 PROB  980702           980702 5JG    32;CONVICTION DURING PROBATION
 SCHG  991104           991104 M203   T TO C




 NEXT PAGE                        P/N                            PAGE 005
```

```
 APR  7, 2003           DISTRICT COURT OF MARYLAND              04/07/03
 MONDAY         CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY    DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:            DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A               DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: M1
ADDR:                                DISP: TRL 98/07/02   CNSL: A   DEF:
     5720 EAGLE STREET                 TRIAL DATE:             TIME:
     SEAT PLEASANT        MD 207430000 ROOM:     TYPE:     DATE SET:
DPAY:         DUE:         FINAL:

------------- CHARGE -------------  --------------- DISPOSITION ---------------
001  TRESPASS:PRIVATE PROPERTY      PLEA: G    DISP: G    98/07/02   ACS:
     CJIS: 2 -5707 AR:              FINE:    100   SUSP FINE:     100
     AMENDED:            MO/PLL:    COST:     20   SUSP COST:      20
     CAUSE: X                       CICF:     35   SUSP CICF:      35
     VICTIM AGE:                    PBJ END:         PROB END: 99/07/02
     INCIDENT DATE:   /  /  -       TERM: JAL 00/00/090   SUSP TERM: 00/00/040
                                    CREDIT TIME SERV: 0050     REST:



NEXT PAGE                      P/N                              PAGE 006
```

```
 APR  7, 2003           DISTRICT COURT OF MARYLAND                      04/07/03
 MONDAY           CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY        DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:            DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A              DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: M1
ADDR:                               DISP: TRL 98/07/02   CNSL: A    DEF:
      5720 EAGLE STREET                 TRIAL DATE:            TIME:
      SEAT PLEASANT      MD 207430000  ROOM:     TYPE:     DATE SET:
DPAY:         DUE:         FINAL:

         CONN    NAME (OR AGENCY/SUB-AGY/OFCR)
         APD     DENTON, BRIAN                          05/29/98

                 COURTHOUSE STE 272B
                 UPPER MARLBORO        MD   207720000

         WIS     HOLMAR, JOE                            05/15/98

                 2441 CHILLUM RD
                 HYATTSVILLE           MD   20782000


NEXT PAGE                    P/N                                  PAGE 007
```

```
 APR  7, 2003            DISTRICT COURT OF MARYLAND                    04/07/03
 MONDAY            CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY      DIST: 00

CASE: 3E00094328 CR   STATUS: C  CHG DATE: 99/11/04  CC:            DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR   ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A                   DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: MI
ADDR:                                    DISP: TRL 98/07/02   CNSL: A    DEF:
      5720 EAGLE STREET                       TRIAL DATE:           TIME:
      SEAT PLEASANT            MD 207430000  ROOM:     TYPE:     DATE SET:
DPAY:         DUE:        FINAL:


        CONN     NAME (OR AGENCY/SUB-AGY/OFCR)
         DEF     MCCOY, MICHAEL A                              04/03/98

                 5720 EAGLE STREET
                 SEAT PLEASANT            MD    207430000

         COM     SCHULZ, CRAIG E                               04/03/98
                 AF SHOPPERS FOOD WAREHOUSE
                 4600 FORBES BLVD
                 LANHAM                   MD    207060000


NEXT PAGE                          P/N                              PAGE 008
```

```
  APR  7, 2003             DISTRICT COURT OF MARYLAND                 04/07/03
  MONDAY              CRIMINAL SYSTEM ACCOUNTS RECEIVABLE DISPLAY     DIST: 00

CASE: 3E00094328 CR  STATUS: C  CHG DATE: 99/11/04  CC:            DIST: 05 02
TRACKING NO: 98-1001-09838-3   LOCAL ID: X0183830    DOC: WAR  ISSUED: 98/04/03
NAME: MCCOY, MICHAEL A                 DOB: 64/11/20 HT/WT: 510 170 SEX/RACE: M1
ADDR:                                  DISP: TRL 98/07/02   CNSL: A   DEF:
      5720 EAGLE STREET                      TRIAL DATE:          TIME:
      SEAT PLEASANT       MD 207430000  ROOM:       TYPE:     DATE SET:

ACCT     ACCT     AMT    DPAY    DPAY    FINAL     AMT     SUSP     CASH      AMT
TYPE     DATE     PAID   TYPE    AMT     DATE      SUSP    DATE     CREDIT    DUE




                                    P/1                            PAGE 009
END OF DISPLAY
```