UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MICHAEL A. McCOY,<br><br>        Plaintiff,<br><br>        -v-<br><br>SHOPPERS FOOD WAREHOUSE,<br><br>        Defendant. | Civil Action No. 02-CV-03946 (MJG) |

### AFFIDAVIT OF MIKE SHANNON

I, Mike Shannon, am over the age of 18 and am competent to testify to the matters set forth in this Affidavit.

1. I am presently the store manager of the Shoppers Food Warehouse supermarket located at 2441 Chillum Road in Hyattsville, Maryland (hereafter "the Chillums Store") and have held this position since October 17, 1999. In my position as store manager, I am responsible for hiring employees to work in the Chillum Store.

2. I have reviewed my payroll records for the Chillum Store. No person named Michael McCoy has ever worked in the Chillum Store during my tenure as store manager.

3. In late March, 2001, however, I hired a man who identified himself as *"Mikail"* McCoy for the position of courtesy clerk. At the time of his hire, Mikail McCoy had not yet completed his employment application and new hire packet, including supplying me with the proof of identification required for Form I-9, such as a social security card or a driver's license. Nevertheless, I scheduled Mikail McCoy to work on March 26, 28 and 30, 2001 and on April 3, 5, and 7, 2001 with the understanding that Mikail McCoy would promptly complete his employment application and return it to me along with proper proof of identification. True and

correct copies of the weekly schedules for March 25-31, 2001 and April 1-7, 2001 showing Mikail McCoy's scheduled work hours are attached collectively as *Exhibit 1* hereto.

4. I have reviewed the time clock records for the Chillum Store. These records show that Mikail McCoy punched in at 6:00 p.m. on March 30, 2001 and punched out at 10:00 p.m. on March 30, 2001. Mikail McCoy did not punch in or out on any other days. A true and correct copy of the punch card detail for Mikail McCoy is attached as *Exhibit 2* hereto.

5. Mikail McCoy never returned to work after March 30, 2001. Mikail McCoy never returned his employment application and new hire packet. Mikail McCoy never provided proper proof of identification.

6. The Chillum Store maintained a security file on Michael McCoy. Michael McCoy had been convicted of trespassing and shoplifting at the Chillum Store, and had been barred from the Chillum Store by Mr. Joseph Holman, a previous store manager. A true and correct copy of the security file maintained by the Chillum Store is attached as *Exhibit 3* hereto.

7. The social security number provided to me by Mikail McCoy (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) at the time of his hire is nearly identical to the social security number provided by Michael McCoy (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) on a job application dated October 6, 1995 that is included in the security file. *Compare* Punch Card Detail, *Ex. 2*, *with* Application for Employment, included in *Ex. 3*.

8. I believe that the person who identified himself to me as Mikail McCoy is, in fact, the Michael McCoy who had been banned from the Chillum Store. Had I known that the person who identified himself as Mikail McCoy was, in fact, the Michael McCoy who had been banned from the Chillum Store; I would not have hired him.

9. Mikail McCoy's beard never was an issue. I had a beard at the time of Mikail McCoy's hire and continue to have a beard today. Shoppers Food Warehouse did not

have a policy prohibiting beards at the time of Mikail McCoy's hire, did not institute any such policy at any time after Mikail McCoy was hired, and does not have any such policy today.

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

4-8-03
Date

_____
MIKE SHANNON

STATE OF MARYLAND   )
Anne Arundel        ) ss.
COUNTY OF ~~PRINCE GEORGES~~ )

Be it remembered that on the 8th day of April, 2003, before me, the subscriber, a notary public within and for said County and State, personally appeared MIKE SHANNON, who is personally known to me and did take an oath and represented that he is duly authorized in the premises, and acknowledged that he signed the foregoing Affidavit.

IN TESTIMONY WHEREOF, I hereto set my hand and official seal on the 8th day of April, 2003.

_____
Notary Public

Print Name: Judy L. Templeton

My Commission Expires: 10/1/03

Judy L. Templeton, Notary Public
Anne Arundel
State of Maryland
My Commission Expires Oct. 1, 2003

1483095